AUBIN v. SUSI

No. 156P02

Case below: 149 N.C. App. 320

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 19 December 2002. Conditional petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed as moot 19 December 2002.

BELVERD v. MILES

No. 556P02

Case below: 153 N.C. App. 169

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 2 December 2002.

BOYCE & ISLEY, PLLC v. COOPER

No. 598P02

Case below: 153 N.C. App. 25

Motion for temporary stay allowed 27 November 2002 pending determination of defendants' petitions for discretionary review.

BREWER v. CABARRUS PLASTICS, INC.

No. 560A01

Case below: 146 N.C. App. 82

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 19 December 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 19 December 2002.